**Fernando ARANDA, Plaintiff–
Appellant,**

v.

**Elizabeth MEYERS; et al.,
Defendants–Appellees.**

No. 10–17304.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 2, 2011.*

Filed Aug. 10, 2011.

Fernando Aranda, Ione, CA, pro se.

Before: RYMER, IKUTA, and N.R.
SMITH, Circuit Judges.

MEMORANDUM **

Fernando Aranda, a California state
prisoner, appeals pro se from the district
court's order denying his application to
proceed in forma pauperis. We have juris-
diction under 28 U.S.C. § 1291. We re-
view de novo. *Andrews v. Cervantes,* 493
F.3d 1047, 1052 (9th Cir.2007). We affirm.

The district court properly denied Aran-
da's application to proceed in forma pau-
peris because Aranda did not contest that
he is a three-strikes filer and did not pro-
vide plausible allegations that he was "un-
der imminent danger of serious physical
injury" at the time he filed the complaint.

28 U.S.C. § 1915(g); *see also Andrews,*
493 F.3d at 1055(an exception to the three-
strikes rule exists only where "the com-
plaint makes a plausible allegation that the
prisoner faced 'imminent danger of serious
physical injury' at the time of filing").

Aranda's remaining contentions are un-
persuasive.

**AFFIRMED.**

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

